UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| SAMUEL E. HALEY, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 1:09-CV-144-SNLJ |
| | ) |
| CMS, et. al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This is a case brought by a prisoner under 42 U.S.C. § 1983. Plaintiff filed a "Pro Se Motion for a Settlement Agreement and a Medical Emergency with Sworn Affidavit in Support Thereof" [*sic*] on November 10, 2011 (#141). Defendants Dan Martinez, Bryan Hopkins, and Charles Reed have responded (#143).

Plaintiff's motion is similar to his September 17, 2010 "Confidential Settlement Agreement Request" (#72), although it is less voluminous. Plaintiff appears to believe that the Court can order the parties to reach a "Reasonable Settlement." The plaintiff is mistaken. Again, as with the plaintiff's first motion of this type, his request for a settlement agreement is not procedurally appropriate, and the Court cannot grant the relief plaintiff demands.

Plaintiff also makes allegations regarding his medical treatment, and he states that he showed his "deformed" finger to counsel for certain defendants. Plaintiff requests that the Court take judicial notice of certain exhibits regarding his medical condition and the destruction of his typewriter. He states that the typewriter was destroyed to prevent him from communicating with the court and his counsel. However, the Court cannot discern what plaintiff seeks to accomplish

by the filing of this motion.  In an attached letter to the undersigned judge, plaintiff states that he hopes to be "'Ordered' by [the Court] to receive the Emergency Medical Treatment that I need due to my 'Very Serious and Severe Illness'" (emphasis omitted).  However, plaintiff's letter is procedurally and otherwise inappropriate (*see* Fed. R. Civ. P. 7(b)), and the motion itself does not request injunctive relief but rather summarizes his alleged facts.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "Pro Se Motion for a Settlement Agreement and a Medical Emergency with Sworn Affidavit in Support Thereof" [*sic*] on November 10, 2011 (#141) is **DENIED**.

Dated this   22nd   day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE