UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| SAMUEL E. HALEY, JR.,             ) | |
|      ) | |
|   Plaintiff,             ) | |
|      ) | |
| vs.             ) | No. 1:09-CV-144-SNLJ |
|      ) | |
| CMS, et. al.,             ) | |
|      ) | |
|   Defendants.             ) | |

**MEMORANDUM AND ORDER**

On September 19, 2012, this Court granted summary judgment to the remaining defendants in this case (#217).  On October 10, plaintiff filed his Motion for Reconsideration or, in the Alternative, to Proceed In Forma Pauperis on Appeal (#219).  Defendants have not responded.

Plaintiff contends in his 63-page motion that the Court abused its discretion by granting summary judgment to the defendants.  Plaintiff claims specifically, among other things, that the Court erred when it considered unauthenticated evidence.  On September 11, 2012, the Court ordered defendants Babich, Kasting, and Vinson to respond to plaintiff's argument that they failed to certify medical and other records filed in support of their motion (#213).  The defendants responded and provided the necessary authentication (#214).

In addition, plaintiff re-argues his points made during the summary judgment briefing, including numerous complaints regarding his court-appointed attorneys.  The Court has considered plaintiff's motion and finds it to be without merit.  Plaintiff's Motion to Proceed *In Forma Pauperis* on Appeal will be addressed by a separate order.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's Motion to Reconsider (#219) is DENIED.

Dated this __30th__ day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE